# UNITED STATES DISTRICT COURT
for the
## District of Kansas

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Two United States Postal Service Priority Mail Parcels, bearing USPS tracking numbers; 9505 5130 0531 0279 4280 34 ("Subject Parcel 1") and 9505 5130 0531 0279 4280 41 ("Subject Parcel 2"), both as further described on Attachment A, and currently located at US Postal Inspector Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276

Case No. 20-M-6129-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Two United States Postal Service Priority Mail Parcels, bearing USPS tracking numbers; 9505 5130 0531 0279 4280 34 ("Subject Parcel 1") and 9505 5130 0531 0279 4280 41 ("Subject Parcel 2"), both as further described on Attachment A, and currently located at US Postal Inspector Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276,

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

Items to be seized from the Subject Parcel include controlled substances; specifically steroids, marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possess with the intent to distribute controlled substances |
| 21 USC 846 | Conspiracy to distribute controlled substances |
| 21 USC 843(b) | Unlawful use of a communication device to facilitate a drug trafficking crime |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua Highfill, Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/2020

*Judge's signature*

City and state: Wichita, Kansas

HONORABLE GWYNNE E. BIRZER, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Joshua Highfill, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service, and have been so employed since August 2015. I am currently assigned to the Wichita Domicile of the Postal Inspection Service and have experience enforcing federal mail and drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received basic training from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of postal money orders to launder the proceeds of controlled substances. Prior to my employment with the Postal Inspection Service, I was employed as a Special Agent with the United States Secret Service for four years. Prior to the Secret Service, I was employed for five years as a sworn Police Officer with the Olathe Police Department. Both as a Postal Inspector and Police Officer, I was trained in narcotic investigation techniques, chemical field testing, and in the identification and detection of controlled substances.

3. The U. S. Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The Wichita Domicile Profile program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas.

1

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for United States Postal Service ("USPS") Priority Mail. The parcels, bearing USPS tracking numbers; 9505 5130 0531 0279 4280 34 ("Subject Parcel 1") and 9505 5130 0531 0279 4280 41 ("Subject Parcel 2"), both addressed to "Rolling Hills Barber Shop: Rudy Villarreal: 8726 W. Maple: Wichita, KS 67209" both with a return address of "El Paso Eye Surgeons: 1201 N. Mesa: El Paso, TX 79902" were mailed on October, 5, 2020. Subject Parcel 1 weighs approximately 3 pounds 11.9 ounces and Subject Parcel 2 weighs approximately 2 pounds 3.5 ounces.

5. Items to be seized from the Subject Parcel 1 and 2 include controlled substances; specifically steroids, marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

6. The Subject Parcels 1 and 2 are currently located, specifically at the US Postal Inspector Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7. Based on my experience and on the facts set forth in this affidavit, I believe the subject parcels contain evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) and/or Section 843(b) (unlawful use of a communications facility to facilitate the distribution of a controlled substance); and Title 21, United States Code, Section 846, (Conspiracy, including, but not limited to, controlled substances).

**PROBABLE CAUSE**

8.  On October 7, 2020, US Postal Service mailing data was reviewed and two suspect parcels were identified for further investigation. The destination address of 8726 West Maple Street was determined to be receiving both Subject Parcels 1 and 2.

  a.  Subject Parcels 1 and 2 were Priority Mail, which is an expedited shipping service.

  b.  Subject Parcels 1 and 2 originated from El Paso, TX, which is known by law enforcement as a source area for illegal narcotics.

  c.  Subject Parcels 1 and 2 did not need a signature for delivery.

  d.  The postage on both Subject Parcels 1 and 2 was paid in cash.

9.  On October 7, 2020, at approximately 10:55 am, Officer Dykstra #2196 with the Wichita Police Department K9 unit deployed narcotics-certified PSD Major on a control-sniff in the postal management lobby of the United Postal Service Distribution Center. PSD Major did not alert or indicate to the presence of the odor of narcotics in the management lobby prior to the arrival of Subject Parcels 1 and 2.

10. Subject Parcels 1 and 2 were separated and placed on the floor in the postal management lobby of the United Postal Service Distribution Center, where other similar empty boxes and envelopes were located. I observed Officer Dykstra deploy PSD Major in the lobby and PSD Major came to a seated position and stared at both Subject Parcels 1 and 2 at separate times alerting to the presence of the odor of an illegal narcotic.

11. Officer Dykstra is currently employed as a canine handler for the Wichita Police Department. Officer Dykstra was first assigned Police Service Dog Major in August of 2017 and completed basic training with him in November of 2017. Officer Dykstra and Police Service

3

Dog Major completed 200 hours in the detection of marijuana, methamphetamine, cocaine, and heroin during the basic training class. Police Service Dog Major was certified in drug detection on September 23, 2020. Police Service Dog Major has continued to attend maintenance training almost every week since basic training. This training averages 12 hours per month. Police Service Dog Major is trained to give a passive indication, meaning that when he locates one of the odors he is trained to detect, he sits or goes into a down position at the source of the odor.

## CONCLUSION

12. Based on these facts, I believe there is probable cause to believe that the subject parcels contains evidence of violations of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 843(b), (unlawful use of a communications facility to facilitate the distribution of a controlled substance); and Title 21, United States Code, Section 846, (Conspiracy, including, but not limited to, controlled substances).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
JOSHUA HIGHFILL
United States Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me on this  8th  day of October 2020.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

4

## ATTACHMENT A

## Property to be Searched

Two United States Postal Service Priority Mail Parcels, bearing USPS tracking numbers; 9505 5130 0531 0279 4280 34 ("Subject Parcel 1") and 9505 5130 0531 0279 4280 41 ("Subject Parcel 2"), both addressed to "Rolling Hills Barber Shop: Rudy Villarreal: 8726 W. Maple: Wichita, KS 67209" both with a return address of "El Paso Eye Surgeons: 1201 N. Mesa: El Paso, TX 79902" were mailed on October, 5, 2020.  Subject Parcel 1 weighs approximately 3 pounds 11.9 ounces and Subject Parcel 2 weighs approximately 2 pounds 3.5 ounces.